IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARIA L. GILBERT and<br>BRIAN R. RUCKER, | ) | |
| Plaintiffs, | ) | No. 07-731C<br>(Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7036
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Shalom Brilliant

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-8275
Fax: (202) 305-7643
E-mail:Shalom.Brilliant@usdoj.gov

Dated: November 5, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of November, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant