IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARIA L. GILBERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-731C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Defendant respectfully requests leave of the Court to file the attached answer out of time. The answer was due on December 17, 2007. .

This is one of almost 30 cases - 15 of which were filed in the past year - involving virtually identical complaints filed on behalf of various Drug Enforcement Administration diversion investigators, asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. Government counsel had thought that an answer was filed in this case as in the other cases. In the course of a recent review of these cases, however, Government counsel discovered that, due to an oversight, the answer in this case had in fact not been filed.

The granting of leave to file the attached answer out of time will not cause any prejudice. The allegations contained in the complaint are substantially the same as those contained in numerous other complaints that counsel for plaintiffs in this case has filed on behalf of diversion investigators in other cases, and the Government's response to the complaint in this case is substantially the same as its response to the other complaints. Further, the parties have partially settled the

earlier diversion investigator cases, and have been discussing settlement and other matters relating to the more recent diversion investigator cases - including this case - as a group.

For the foregoing reasons, we respectfully request that our motion for leave to file our answer out of time be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

**s/Jeanne E. Davidson/Bryant G. Snee**
JEANNE E. DAVIDSON
Director

**Filed Electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

February 29, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 29th day of February 2008, a copy of the foregoing MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant