# In the United States Court of Federal Claim

No. 07-731 C

(Filed March 3, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MARIA L. GILBERT, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 29, 2008, defendant filed a Motion for Leave to File its Answer Out of Time. The answer was due to have been filed on or before December 17, 2007. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED** and the Clerk's Office is directed to **FILE** defendant's **Answer**, as of **February 29, 2008**, the date it was electronically submitted to the court.

s/Lynn J. Bush
LYNN J. BUSH
Judge