# In the United States Court of Federal Claim

No. 07-731 C

(Filed March 27, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MARIA L. GILBERT, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On February 29, 2008, defendant filed a Motion for Leave to File its Answer Out of Time. On March 3, 2008, the court issued an order granting defendant's motion for leave and directing the Clerk's Office to file defendant's answer as of the date it was electronically submitted. However, this case is an electronic case and in order for defendant's answer to be accounted for in the court's electronic docketing system, defendant would have to submit the answer electronically, as a separate document, after the motion for leave to file it had been granted. Once the answer is filed, the system automatically sets the deadline, in accordance with the court's rules, for the filing of the parties' Joint Preliminary Status Report (JPSR). Since the answer has not been filed electronically, as a separate document, the docketing system has not acknowledged the filing of defendant's answer, in turn, no deadline has been set for the parties' JPSR.

Accordingly, it is hereby **ORDERED** that defendant is directed to **FILE defendant's Answer electronically, as a separate document**, with the court's electronic filing system. Once filed, the system will automatically establish a due

date for the parties JPSR. The parties are directed to comply with the due date set by the court's electronic filing system.

s/Lynn J. Bush
LYNN J. BUSH
Judge