IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARIA L. GILBERT, et al.

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 07-731C
(Judge Lynn J. Bush)

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully request an enlargement of time of four days, through and including May 23, 2008, within which the parties may file a joint preliminary status report. The joint preliminary status report is currently due on May 19, 2008. This is our first request for an enlargement of time for this purpose. Defendant's counsel has authorized the undersigned to state that defendant will not oppose this motion.

The request for an enlargement of time is necessary because counsel for plaintiffs has been out of the office since May 12, 2008 and will be returning to the office on May 20, 2008. Additional time is necessary to allow the parties to confer on the issues involved in the instant case.

For the foregoing reasons, plaintiffs respectfully request that the Court grant their instant motion for a four-day enlargement of time.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Counsel of Record

**s/Edgar James**
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: May 16, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 16th day of May 2008, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**