# In the United States Court of Federal Claim

No. 07-731 C

(Filed May 21, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MARIA L. GILBERT, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On May 16, 2008, plaintiffs filed an Unopposed Motion for Extension of Time of four days, to and including May 23, 2008, within which the parties may file their Joint Preliminary Status Report. For good cause shown, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge