# In the United States Court of Federal Claims

No. 07-731 C

(Filed June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MARIA L. GILBERT, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING ORDER**

On May 23, 2008, the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their Joint Preliminary Status Report (JPSR). Therein, the parties report that this case should be deferred until the resolution of pending motions in *Adams v. United States*, No. 90-162 C. The parties also suggest that the court consolidate this case with six or seven other cases plaintiffs' counsel filed in 2006 and 2007. Finally, the parties state that partial settlement is reasonably likely on liability and damages for many of plaintiffs' claims in the subject matter.

The court is not persuaded that consolidation offers any efficiencies at this time. On the other hand, the court is willing to stay this case at the parties' joint request, as long as reasonable progress is being made in settlement negotiations, and the resolution of plaintiffs' driving time claims is prioritized by counsel.

Accordingly, it is hereby **ORDERED** that:

(1) The subject matter is **STAYED** pending further order of the court; and

(2) The parties are directed to **FILE** a **Joint Status Report** on or before **August 29, 2008**, and every ninety days thereafter, informing the court of the status of settlement negotiations and progress on the resolution of driving time claims.

s/Lynn J. Bush
LYNN J. BUSH
Judge